Date: 04/27/11    Rec. #152322    **DIVIDENDS REMITTED TO THE COURT**    Page:
CK #108
Check Number 108 Dated 04/27/11
Case Number 10-15988 - THOMAS, MYRA A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **DIVISION OF WATER**<br>ATTN: BANKRUPTCY<br>1201 LAKESIDE UTIL. BLDG.<br>CLEVELAND, OH 44114<br>  (6-1) unpaid compensation for<br>  services performed 04-14-10 to 06-18-10<br>  (6-1) angela_irons@clevelandwater.com, 5573720000 | 000006 | 197.39 | 4.85 |
| **DOMINION CREDIT SERVICES**<br>P.O. BOX 26666<br>RICHMOND, VA 23261<br>  ACCOUNT NO. 1217 | 000007 | 190.00 | 4.66 |
| ---------- Remittance Total --------------- | | 387.39 | 9.51 |

_signature_
MARVIN A. SICHERMAN, Trustee

*[Filed stamp: 2011 MAY -9 1:35, U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*

COURT1      Printed: 04/27/11 11:33 AM   Ver: 16.02b

10-15988-aih   Doc 43   FILED 05/09/11   ENTERED 05/09/11 16:37:26   Page 1 of 1